AO 470 (12103) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | ORDER OF TEMPORARY DETENTION |
| | § | PENDING HEARING PURSUANT TO |
| vs. | § | BAIL REFORM ACT |
| | § | |
| (1)Caleb Nathaniel | § | Case Number: SA:21-MJ– 00148(1) |
| Oliver | § | |
| *Defendant* | | |

Upon Motion of the _____ GOVERNMENT _____ , it is ORDERED that a

## VIDEO PRELIMINARY / DETENTION HEARING

is set for _____ February 16, 2021 _____ *at ___ 11:30AM ___
            *Date*                                                    *Time*

before ____ United States Magistrate Judge Elizabeth S. Chesntey ____

in the    Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655
                    East Cesar E. Chavez Boulevard, San Antonio, TX
                              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

( _____ )

and produced for the hearing. The Court specifically finds that exceptional circumstances presented by
the current health-care crisis involving the ongoing COVID-19 pandemic require a 5-day continuance
of the detention hearing.

8th day of February, 2021
        *Date*

Elizabeth S. Chestney
UNITED STATES MAGISTRATE JUDGE

• If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(t) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness or juror.

6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:  SA:21-M -00148(1) |
| | § | |
| (1) Caleb Nathaniel Oliver | § | |

## WAIVER OF PRELIMINARY HEARING

      I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

      I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_____
**Date**

_____
**Defendant**

_____
**Name of Attorney for Defendant (Print)**

_____
**Date**

_____
**Signature of Attorney for Defendant**

6/7/2011 Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:  SA:21-M -00148(1) |
| | § | |
| (1) Caleb Nathaniel Oliver | § | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community.  I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

**Date** _____

**Defendant** _____

**Name of Attorney for Defendant (Print)** _____

**Date** _____

**Signature of Attorney for Defendant** _____