UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALEB NATHANIEL OLIVER | SA21CR0082 DAE<br>CRIMINAL NO.<br>INDICTMENT<br><br>[Violation: Illegal Possession of a Machine Gun, 18 U.S.C. § 922(o)] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 922(o)]

On or about February 5, 2021, in the Western District of Texas, the Defendant,

CALEB NATHANIEL OLIVER,

did knowingly possess a machinegun, that is, a Glock 17 9mm, Serial Number GHN707 which has been modified by the installation of a full-auto sear which replaced the backplate on the slide in order to make it fully automatic, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

**WILLIAM HARRIS** Digitally signed by WILLIAM HARRIS
Date: 2021.02.11 10:10:34 -06'00'
_____
WILLIAM R. HARRIS
Assistant United States Attorney

**MARK ROOMBERG** Digitally signed by MARK ROOMBERG
Date: 2021.02.11 16:45:02 -06'00'
_____
MARK ROOMBERG
Assistant United States Attorney